U.S. MARSHAL-DC PM4:10
RECEIVED JUL 27 '26

AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT

for the
District of Columbia

UNITED STATES OF AMERICA
v.
JOSHUA LEVY

Case No. 25-CR-384 (CRC)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Joshua Levy ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Probation Petition [47] for details.

Date: 7/27/2026

Lauren S Jenkins
Digitally signed by Lauren S Jenkins
Date: 2026.07.27 14:48:51 -04'00'
*Issuing Officer's signature*

City and State: Washington, DC

Lauren Jenkins, Courtroom Deputy
*Printed Name and Title*

**Return**

This warrant was received on *(date)* 7/27/26 , and the person was arrested on *(date)* 8/27/26
at *(city and state)* Lothian, MD .

Date: 8/27/26

N. Wolfe
*Arresting Officer's Signature*

Nathan Wolfe DUSM
*Printed Name and Title*